IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT SURDAKOWSKI,**

       **Petitioner,**

v.                                          **Case No. 4:15cv373-MW/EMT**

**SECRETARY OF FLORIDA**
**DEPARTMENT OF CORRECTIONS,**

       **Defendant.**
_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 15, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 16.  Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "Respondent's Motion to Dismiss, ECF No. 12, is **GRANTED**.  Petitioner's habeas petition, EC No. 1, is **DISMISSED with prejudice** as untimely.  A

1

certificate of appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on June 30, 2016.**

**s/Mark E. Walker**
**United States District Judge**